UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 13-03905 SBA    In re Howrey LLP

C 13-03906 SBA    In re Howrey LLP
    I find that the above case is related to the case assigned to me. ✓

C 13-03907 SBA    In re Howrey LLP
    I find that the above case is related to the case assigned to me. ✓

C 13-03909 SBA    In re Howrey LLP
    I find that the above case is related to the case assigned to me. ✓

C 13-03910 SBA    In re Howrey LLP
    I find that the above case is related to the case assigned to me. ✓

C 13-03911 SBA    In re Howrey LLP
    I find that the above case is related to the case assigned to me. ✓

C 13-03912 SBA    In re Howrey LLP
    I find that the above case is related to the case assigned to me. ✓

C 14-02255 JD        Diamond v. Seyfarth Shaw LLP

I find that the above case is related to the case assigned to me. ✓

C 14-02256 VC        Diamond v. Reed Smith LLP

I find that the above case is related to the case assigned to me. ✓

C 14-02375 VC        Diamond v. Perkins Coie LLP

I find that the above case is related to the case assigned to me. ✓

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 6/25/14          _____
                         Judge Saundra B. Armstrong

Dated: 6/25/14          _____
                         Judge Saundra B. Armstrong

Dated: 6/25/14          _____
                         Judge Saundra B. Armstrong

Dated: 6/25/14          _____

Judge Saundra B. Armstrong

Dated: 6/25/14 _____

Judge Saundra B. Armstrong

Dated: 6/25/14 _____

Judge Saundra B. Armstrong

Dated: 6/25/14 _____

Judge Saundra B. Armstrong

Dated: _____

Judge James Donato

Dated: _____

Judge Vince Chhabria

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: _____                    By: _____
                                                      Deputy Clerk